THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KALVIN D. RHIM, Appellant. [627 NYS2d 601] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment

of Genesee County Court, Morton, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.